[No. 38378-1-II.   Division Two.   February 9, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. DARYL BURTON, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 05-1-05005-7, Bryan E. Chushcoff, J., entered September 26, 2008. *Affirmed* by unpublished opinion per Penoyar, A.C.J., concurred in by Bridgewater and Armstrong, JJ.

[No. 38490-6-II.   Division Two.   February 9, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. MARX WAYNE COONROD, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 07-1-00157-3, Robert L. Harris, J., entered September 25, 2008. *Reversed* and *remanded* by unpublished opinion per Van Deren, C.J., concurred in by Houghton and Penoyar, JJ.

[No. 38795-6-II.   Division Two.   February 9, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. KRISTEN A. KENNEDY, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 08-1-00522-7, F. Mark McCauley, J., entered January 20, 2009. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Penoyar, A.C.J., and Armstrong, J.

[No. 38885-5-II.   Division Two.   February 9, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. EFRAIN MEDINA, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 08-1-04112-5, Bryan E. Chushcoff, J., entered February 13, 2009. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Bridgewater and Hunt, JJ.